# United States Bankruptcy Court
### Northern District of Illinois

In re: **Caryl Lawal**
**AKA Caryl Gray**
Debtor

Case No.: **06-08765**
Chapter: **13**

Address: **7109 South Emerald Street**
**Chicago, IL 60621**
Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s).: **xxx-xx-5480**

## NOTICE OF MOTION

Please take notice that on **March 2, 2007** at **9:00 am**, I shall appear in the U.S. Bankruptcy Court for the **Northern District of Illinois** at the **219 South Dearborn Street, Chicago, Illinois 60604,** before the Honorable Judge **Jacqueline P. Cox** in Courtroom **619** and then and there present the following motion:

**Motion for Application of Attorney Compenstation**

Date **February 7, 2007**

Signature **/s/ Robert Joshua Lausen, Esq.**
Name **Robert Joshua Lausen, Esq. 6286688**
Address **Lausen Law Group LLC**
**519 East 44th Street**
**Chicago, IL 60653**